**Minyard Cass DAVIS, Plaintiff–Appellant,**

v.

**Supt. David SIMONS; P. Cox, Correctional Officer Employee of HRRJ, Defendants–Appellees.**

No. 15–7954

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Minyard Cass Davis, Appellant Pro Se.

Lisa Ehrich, Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee Supt. David Simons.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Minyard Cass Davis appeals the district court's order denying ·relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Davis v. Simons, No. 2:15–cv–00175–RAJ–DEM (E.D. Va. signed Nov. 12, 2015; entered Nov. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED